# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1637
_____

ROBERT HILLYARD, Former
Husband,

     Appellant,

     v.

LINDSEY HILLYARD, Former
Wife,

     Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

August 14, 2024

PER CURIAM.

AFFIRMED. *See* Fla. Fam. L. R. P. 12.490(e)(3) ("Any party affected by the [general magistrate's] recommended order may move to vacate the recommended order by filing a motion to vacate within 10 days from the date of entry."); *White v. Morris*, 361 So. 3d 392 (Fla. 1st DCA 2023) (recognizing that when a party fails to present its objections to a recommended order to the trial court, it waives potential arguments for appellate review).

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Martinez Burns of The Law Office of James M. Burns, Pensacola, for Appellant.

No appearance for Appellee.